UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor, | ) ) ) |
| v. | No. 14 C 3988 ) No. 15 C 6204 ) |
| SNAP DIAGNOSTICS, LLC, GIL RAVIV, and STEPHEN BURTON, | ) Judge Norgle ) ) ) |
| Defendants. | ) ) |

**THE UNITED STATES' AND THE DEFENDANTS'
JOINT MOTION TO STAY CIVIL PROCEEDINGS**

Plaintiff, the United States of America, together with defendants, Snap Diagnostics, LLC, Gil Raviv, and Stephen Burton (collectively "Defendants"), move to stay this matter for 120 days, up to and until July 22, 2019, in order to allow time for the United States and Defendants to address certain issues that have recently arisen. In support, the parties state as follows:

1. The United States filed a Complaint in Intervention on December 18, 2017. Dkt. 35, Case No. 14 C 03988. Defendants filed answers to the Complaint in Intervention on July 9, 2018. Dkt. 67, Case No. 14 C 03988.

2. The court set a fact discovery deadline of September 13, 2019. Dkt. 71, Case No. 14 C 03988. However, this deadline was extended by 42 days through the court's General Order concerning the government shutdown. This order thereby reset the fact discovery deadline to October 25, 2019.

3. Thus far, the parties have exchanged written discovery, including requests for production and interrogatories, and have begun the production of documents.

4. However, the parties now seek a 120-day stay, up to and until July 22, 2019, in order for the parties to address recent developments that are outside of the pending civil litigation and that are not part of the public record. More specifically, this stay is requested based upon

information that was provided by the United States to Defendants.

5. At the conclusion of the stay, the parties will notify the court of their positon regarding continuance of the stay. Further, at the conclusion of the stay and if the issues have not been resolved, the parties anticipate asking the court to schedule a status conference to discuss new deadlines (as may be applicable) if it is necessary to proceed with discovery.

6. Relators do not oppose this request.

7. This motion is not intended to cause undue delay. Rather, the United States and the Defendants jointly request a stay to facilitate further discussions toward resolution of outstanding issues.

8. In the event the Court desires to have additional information supporting grounds for the motion, Defendants will provide a filing under seal.

WHEREFORE, the parties move the court to stay these civil proceedings for 120 days, or up to and until July 22, 2019.

Dated: March 25, 2019 　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Steven A. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　Steven A. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　Bradley J. Bolerjack
　　　　　　　　　　　　　　　　　　　　　　　　　Natalie R. Salazar
　　　　　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　　　　　10 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60606-7507
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: +1 312 207 1000
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: +1 312 207 6400
　　　　　　　　　　　　　　　　　　　　　　　　　samiller@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　　　　　bbolerjack@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　　　　　nsalazar@reedsmith.com

　　　　　　　　　　　　　　　　　　　　　　　　　Andrew C. Bernasconi *(admitted pro hac)*
　　　　　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　　　　　1301 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 1000 - East Tower

Washington, D.C. 20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299
abernasconi@reedsmith.com

*Counsel for Defendants*
*Snap Diagnostics, LLC and Gil Raviv*

By: /s/ Lisa M. Noller
Lisa M. Noller
FOLEY & LARDNER, LLP
321 N. Clark Street
Chicago, IL 60654
Telephone: (312) 832-4363
lnoller@foley.com

*Counsel for Defendant Stephen Burton*

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Kathleen M. Flannery
KATHLEEN M. FLANNERY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7223
kathleen.flannery@usdoj.gov

*Counsel for the United States*